# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 4, 2008

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| WINDY CITY METAL FABRICATORS & SUPPLY, INCORPORATED and MIDWEST INK COMPANY, on Behalf of Itself and All Others Similarly Situated, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellants*, | No. 05 C 5451 |
| No. 07-1567 *v.* | Wayne R. Andersen, *Judge*. |
| CIT TECHNOLOGY FINANCING SERVICES, INCORPORATED and REED SMITH, a New Jersey Limited Partnership, | |
| *Defendants-Appellees*. | |

**O R D E R**

The slip opinion issued in the above-entitled cause on August 1, 2008, is amended as follows:

On page 1, in the lower court information, the name of the district court judge should be modified to reflect:

**Wayne R. Andersen,** *Judge.*